# Judge Frank W. Bullock, Jr.

Post Office Box 21104, Greensboro, NC 27402
Telephone: (336) 574-8061 - Direct Fax: (336) 574-4523
E-mail: fbullock@wcsr.com



August 28, 2006

Judge Ortrie D. Smith
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbia Circle, N.E.
Washington, DC 20544

   Re: Calendar Year 2005 Filing

Dear Judge Smith:

   Thank you for your letter of August 1, 2006. I will try to respond to the questions you have asked.

   In part IV, line 1 the expenses included transportation, food, and lodging.

   In part VII, page 5, line 19 the word "none" should appear in column B (2) under "type".

   In part VII, page 10, line 107 the amount code should not have appeared in column B (1).

   Part IX should be amended to change the date to conform to the date in block three on the first page of the report. I will include an amended page 12 with this letter.

   The entry in part VII, page 1, line 13 of my 2004 report listing "Basic Value Fund (M-L IRA) was listed in error. This fund was sold on April 4, 2004 and the proceeds used to buy the Lord Abbott Funds listed on lines 126 through 130 of part VII. I believe the value code in D(3) should be J and the gain code in D(4) should be A.

   The "UBS Global Allocation Fund" listed on page 2, line 28 is the same "Global Allocation Fund" listed on page 4, line 12 of the 2005 report. The description "UBS" was omitted in error.

   The "Pimco Renaissance Fund" contains a typographical error in the description on page 4, line 64 of the 2004 report. It was sold on October 20th, 2005 at a loss. The value code in D(3) should be J. The sale should have been included in the 2005 report and I apologize for the error.

The "Americans Funds Growth" listed on page 7, line 109 in the 2004 report is the same "Growth Fund of America" fund listed on page 6, line 38 of the 2005 report. I apologize for the inconsistent description.

As you will note from the addendum to my 2004 report, it was necessary to review hundreds of transactions before filing the report. I have searched those records and the 2005 records as well seeking answers to the questions you have raised. While I believe I have addressed your questions, please advise me if more information is required.

Very truly yours,



Frank W. Bullock, Jr.

FWBjr:ksb

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 06/14/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: ▮▮▮▮▮▮▮▮▮▮▮ Date: 8-30-06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

RECEIVED 2006 SEP -5 P 3:34 FINANCIAL DISCLOSURE OFFICE

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>BULLOCK, FRANK W | 2. Court or Organization<br><br>U.S.D.C. - North Carolina Midd | 3. Date of Report<br><br>06/14/2006 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
|---|---|---|

| 7. Chambers or Office Address<br><br>United States District Court<br>Post Office Box 3223<br>Greensboro, NC 27402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 JUN 16 A 11: 14 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 06/14/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

X   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

X   NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐   NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. George Mason University Law & Economics Center | Seminar "Economics of Tort Law" June 2 through June 8, 2005 La Jolla, California |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wachovia Bank & Trust Co. | Line of Credit | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 06/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Tigr Ser 18 Feb 15 OID | B | Interest | | | sell | 9-18 | K | | |
| 2. CDC Invest Mun. Inc. FD | A | Dividend | J | T | | | | | |
| 3. CDC Invest Mun. Targeted FD | A | Dividend | J | T | | | | | |
| 4. Truliant Credit Union | A | Interest | J | T | | | | | |
| 5. BB&T | A | Dividend | J | T | | | | | |
| 6. Cumberland County Hospital Bonds FAC | B | Interest | | | part redeem | 10-3 | J | | |
| 7. Cumberland County Hospital Bonds FAC | B | Interest | | | sell | 10-4 | J | | |
| 8. Undeveloped land Granville County, North Carolina | | None | K | T | | | | | |
| 9. CDC Invest Large Cap Fund | A | Dividend | K | T | | | | | |
| 10. General Electric Common Stock | B | Dividend | J | T | part sell | 6-10 | J | B | |
| 11. General Electric Common Stock | B | Dividend | J | T | part sell | 10-4 | M | B | |
| 12. Global Allocation Fund ( IRA) | A | Dividend | K | T | | | | | |
| 13. Altria Group | A | Dividend | | | sell | 3-10 | J | A | |
| 14. Analog Devices | A | Dividend | J | T | | | | | |
| 15. Broadcom Corp. | A | Dividend | J | T | part sell | 5-25 | J | A | |
| 16. | | | J | T | buy | 11-29 | J | | |
| 17. Ebay, Inc. | A | Dividend | K | T | buy | 5-27 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 06/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | buy | 11-29 | J | | |
| 19. Fording CDN Coal Trust | | | | | sell | 3-16 | J | A | |
| 20. Gilead Sciences | A | Dividend | | | part sell | 5-30 | J | | |
| 21. | | | | | sell | 8-24 | J | A | |
| 22. Qualcomm, Inc. | A | Dividend | | | sell | 11-18 | J | A | |
| 23. Rambus, Inc. | A | Dividend | | | sell | 8-26 | J | | |
| 24. Flextronics International | A | Dividend | | | part sell | 7-15 | J | | |
| 25. | | | | | part sell | 7-20 | J | | |
| 26. | | | | | sell | 12-16 | J | A | |
| 27. Calamos Growth Fund | A | Dividend | K | T | buy | 10-6 | J | | |
| 28. | | | | | buy | 11-4 | J | | |
| 29. | | | | | part sell | 12-8 | J | | |
| 30. | | | | | part sell | 12-28 | J | | |
| 31. Davis Real Estate Fund | A | Dividend | K | T | buy | 12-29 | J | | |
| 32. | | | | | buy | 10-6 | J | | |
| 33. | | | | | buy | 11-14 | J | | |
| 34. | | | | | part sell | 12-8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 06/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | part sell | 12-28 | J | | |
| 36. First Eagle Global Fund | A | Dividend | K | T | buy | 3-4 | J | | |
| 37. | | | | | buy | 12-29 | J | | |
| 38. Growth Fund of America | A | Dividend | K | T | buy | 3-4 | K | | |
| 39. | | | | | buy | 10-6 | J | | |
| 40. | | | | | buy | 12-29 | J | | |
| 41. | | | | | buy | 11-14 | J | | |
| 42. | | | | | part sell | 12-8 | J | | |
| 43. | | | | | part sell | 12-28 | J | | |
| 44. John Hancock Classic Value Fund | A | Dividend | K | T | buy | 3-4 | K | | |
| 45. | | | | | buy | 10-6 | J | | |
| 46. | | | | | buy | 11-14 | J | | |
| 47. | | | | | buy | 12-29 | J | | |
| 48. | | | | | part sell | 12-8 | J | | |
| 49. | | | | | part sell | 12-28 | J | | |
| 50. Citigroup Capital Trust IX | A | Dividend | K | T | | | | | |
| 51. Loomis Sayles Strategic Income Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 06/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Oppenheimer Real Assets Fund | A | Dividend | J | T | buy | 10-6 | J | | |
| 53. | | | | | buy | 11-4 | J | | |
| 54. | | | | | part sell | 12-8 | J | | |
| 55. | | | | | part sell | 12-8 | J | | |
| 56. Oppenheimer Int'l Bond Fund | A | Dividend | J | T | buy | 10-6 | J | | |
| 57. | | | | | buy | 11-14 | J | | |
| 58. | | | | | part sell | 12-8 | J | | |
| 59. | | | | | part sell | 12-28 | J | | |
| 60. Oppenheimer Global Fund | A | Dividend | K | T | buy | 3-4 | K | | |
| 61. | | | | | buy | 10-6 | J | | |
| 62. | | | | | buy | 11-14 | J | | |
| 63. | | | | | part. sell | 12-8 | J | | |
| 64. | | | | | sell | 12-28 | J | | |
| 65. | | | | | buy | 12-29 | J | | |
| 66. Pimco Low Duration Fund | A | Dividend | J | T | part. sell | 11-29 | J | | |
| 67. Pimco Real Return Fund | A | Dividend | J | T | part sell | 12-8 | J | | |
| 68. | | | | | part sell | 12-28 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 06/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pimco Commodity Real Return Strategy Fund | B | Dividend | J | T | buy | 10-6 | J | | |
| 70. | | | | | buy | 11-14 | J | | |
| 71. | | | | | part sell | 12-8 | J | | |
| 72. | | | | | part sell | 12-28 | J | | |
| 73. Pioneer High Yield | A | Dividend | K | T | buy | 3-4 | K | | |
| 74. | | | | | buy | 12-29 | K | | |
| 75. Pioneer Oak Ridge Small Capital Growth | A | Dividend | J | T | | | | | |
| 76. Royce Total Return Fund | A | Dividend | J | T | buy | 3-4 | J | | |
| 77. | | | | | buy | 10-6 | J | | |
| 78. | | | | | buy | 11-4 | J | | |
| 79. | | | | | part sell | 12-18 | J | | |
| 80. | | | | | part sell | 12-28 | J | | |
| 81. Alliance Bernstein Int'l Value Fd. | A | Dividend | J | T | buy | 10-6 | J | | |
| 82. | A | Dividend | J | T | buy | 11-4 | J | | |
| 83. | | | | | part sell | 12-8 | J | | |
| 84. | | | | | part sell | 12-28 | J | | |
| 85. Pioneer Tax Free | A | Dividend | K | T | buy | 10-6 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 06/14/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | part sell | 12-8 | J | | |
| 87. John Hancock Small Cap. | A | Dividend | J | T | buy | 10-6 | J | | |
| 88. | | | | | part sell | 12-8 | J | A | |
| 89. UBS Int'l Market Fund | A | Dividend | J | T | buy | 10-6 | J | | |
| 90. | | | | | buy | 11-11 | J | | |
| 91. | | | | | part sell | 12-8 | J | | |
| 92. | | | | | part sell | 12-28 | J | A | |
| 93. Electronic Arts | A | Dividend | J | T | buy | 1-6 | J | | |
| 94. | A | Dividend | J | T | buy | 5-26 | J | | |
| 95. | | | | | part sell | 9-2 | J | A | |
| 96. Home Depot Inc. | A | Dividend | J | T | buy | 1-4 | K | | |
| 97. Valero Energy | A | Dividend | | | buy | 1-4 | K | | |
| 98. | | | | | part. sell | 3-31 | J | A | |
| 99. | | | | | sell | 6-22 | K | C | |
| 100. Genentech, Inc. | | None | | | buy | 6-30 | J | | |
| 101. | | | | | sell | 9-21 | J | | |
| 102. Ultra Petro. | | None | | | buy | 6-30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 06/14/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | sell | 8-29 | K | C | |
| 104. Sirius Sat. Radio | | None | J | T | buy | 7-28 | J | | |
| 105. Apple Computer | A | Dividend | J | T | buy | 8-29 | J | | |
| 106. Tesoro Corp. | A | Dividend | J | T | buy | 9-29 | J | | |
| 107. Xm Sat. Radio | A | None | J | T | buy | 9-29 | J | | |
| 108. | | None | J | T | buy | 11-29 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 06/14/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| BULLOCK, FRANK W | 06/14/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____    Date    6-9-06

NOTE: AN~~_____~~ ~~_____~~LS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIM~~_____~~

---

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544